# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0144. CEDRIC B. PICKARD v. THE STATE.**

Cedric Pickard was found guilty of kidnapping and two counts of aggravated child molestation, and his conviction was affirmed on appeal. See *Pickard v. State*, 257 Ga. App. 642 (572 SE2d 660) (2002). Years later, Pickard filed a post-trial demurrer, challenging his indictment. The trial court denied the motion, and Pickard filed this application for discretionary appeal.

Although Pickard included a copy of the trial court's order, it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e). On November 26, 2013, we ordered Pickard to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We stated that failure to comply with this directive would result in dismissal of the application. Pickard, however, has not submitted a stamped "filed" copy of the order, and more than ten days have passed since our November 26, 2013 order. Accordingly, Pickard's application is subject to dismissal.

On December 4, 2013, Pickard filed a motion for an extension of time in which to secure a stamped "filed" copy of the order. n view of this motion, a call was made to the trial court clerk, who informed us that the order was entered on October 14, 2013, which renders this application untimely. See OCGA § 5-6-35 (d) (application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Thus, Pickard's motion for an extension of time is DENIED and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 12/13/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*